David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 MAY 14  PM 1:43

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

TERRENCE D. LEE
KATHLEEN B. LEE,
    Debtor(s)

Bankruptcy No. 08-27222
(Chapter 7)
Judge R. Kimball Mosier



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

  ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

  ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $1.17 |
| | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $0.47 |



A check in the amount of $1.64 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 12 day of May, 2010

DAVID L. MILLER
Chapter 7 Trustee

```
           UNITED STATES
      U.S. Bankruptcy Cour
          District of Utah

      #  00263851  -  BH

          May 14, 2010


     Code    Case #    Qty    Amount

     <OR=$25  08-27222           1.64 CK
       Debtor - LEE


     TOTAL→                     1.64


     FROM: DAVID L. MILLER
           CK 208
```



David L. Miller, Trustee
P.O. Box 9
Farmington, UT 84025-0009

Case #: 08-27222-RKM
Case: LEE, TERRENCE D. AND LEE, KATHLEEN B.
Debtor(s).

**STERLING BANK**
2550 North Loop West 6th Floor
Houston, TX - 77092

PAY: ONE AND 64 / 100

VOID AFTER 90 DAYS    DATE: 05/10/2010    CHECK NO: 208

TO THE ORDER OF: Clerk, US Bankruptcy Court

$1.64

Small Dividends

Trustee

⑆000000208⑆ ⑈113005549⑈ ⑆717708722 2⑆